**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Lacharles WILLIAMS, Defendant–
Appellant.**

**No. 09–50289
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Lacharles Williams presents argu-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

ments that he concedes are foreclosed. *See United States v. DeLeon,* 170 F.3d 494, 499 (5th Cir.1999) (rejecting Commerce Clause challenge to felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g)); *United States v. Rawls,* 85 F.3d 240, 242 (5th Cir.1996) (same). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gary Paul DORN, Defendant–
Appellant.**

**No. 09–50203
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Stanley Lee Schwieger, Law Offices of Stan Schwieger, Waco, TX, Gary Paul Dorn, Hempstead, TX, for Defendant–Appellant.

published and is not precedent except under

Before HIGGINBOTHAM, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gary Paul Dorn has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California.*[1] Dorn has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

UNITED STATES of America,
Plaintiff–Appellee

v.

**Ricardo RAMIREZ, Defendant–Appellant.**

No. 09–50139
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1.   386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2.   *See* 5TH CIR. R. 42.2.